# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-00032-RLV-DSC

| | |
|---|---|
| SAGITTARIUS SPORTING GOODS COMPANY, LTD, et. al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | **ORDER** ) ) |
| LG SOURCING, INC., | ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Eric Bauman Amstutz, Meliah Bowers Jefferson and Matthew Terry Richardson]" (documents ##36-38). For the reasons stated therein the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: March 4, 2016

David S. Cayer
United States Magistrate Judge