IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-00032-RLV-DSC

| | |
|---|---|
| SAGITTARIUS SPORTING GOODS COMPANY, LTD, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| LG SOURCING, INC., | )<br>) |
| Defendant. | ) |

**ORDER**

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Phillip J. Eskenazi and Alexandrea H. Young]" (documents # 41 and 42) filed March 14, 2016. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: March 15, 2016

David S. Cayer
United States Magistrate Judge